1  Clark J. Burnham, CASB No. 041792
   Email: cburnham@burnhambrown.com
2  Elizabeth C. Kim, CASB No. 225550
   Email: ekim@burnhambrown.com
3  Alison F. Greene, State Bar No. 148309
   Email: agreene@burnhambrown.com
4  BURNHAM BROWN
   A Professional Law Corporation
5  P.O. Box 119
   Oakland, California 94604
6  ---
   1901 Harrison Street, 11th Floor
7  Oakland, California 94612
   Telephone:  (510) 444-6800
8  Facsimile:  (510) 835-6666

9  Attorneys for Defendant
   LINCOLN GENERAL INSURANCE COMPANY,
10 a Pennsylvania corporation

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13 BRANDON IMHOFF dba BBI                  No. C-08-02127 MEJ
   CONSTRUCTION,
14
                Plaintiff,                 **DEFENDANT LINCOLN GENERAL
15                                         INSURANCE COMPANY'S NOTICE
   v.                                      OF SUBSTITUTION OF COUNSEL**
16
   LINCOLN GENERAL INSURANCE
17 COMPANY, AMERICAN CLAIMS
   MANAGEMENT, INC. dba AMERICAN
18 COMMERCIAL MANAGEMENT, et al.,

19              Defendants.

20 TO ALL PARTIES TO THE WITHIN ACTION AND TO THEIR RESPECTIVE COUNSEL:

21     PLEASE TAKE NOTICE that Defendant LINCOLN GENERAL INSURANCE

22 COMPANY hereby substitutes attorney Alison F. Greene of the Law Firm of Burnham Brown

23 in the place of attorney Steven J. Kahn, who is no longer with the firm. All notices should be

24 sent to Alison F. Greene via email at agreene@burnhambrown.com.

25 Dated: July 2, 2008                       BURNHAM BROWN

26                                           By /s/ Alison F. Greene
                                             ALISON F. GREENE
27                                           Attorneys for Defendant LINCOLN
                                             GENERAL INSURANCE COMPANY
28                                                                    872040

                                    1