| | |
|---|---|
| 1 | Clark J. Burnham, CASB No. 041792 |
| | Email: cburnham@burnhambrown.com |
| 2 | Elizabeth C. Kim, CASB No. 225550 |
| | Email: ekim@burnhambrown.com |
| 3 | Alison F. Greene, State Bar No. 148309 |
| | Email: agreene@burnhambrown.com |
| 4 | BURNHAM BROWN |
| | A Professional Law Corporation |
| 5 | P.O. Box 119 |
| | Oakland, California 94604 |
| 6 | --- |
| | 1901 Harrison Street, 11th Floor |
| 7 | Oakland, California 94612 |
| | Telephone:  (510) 444-6800 |
| 8 | Facsimile:   (510) 835-6666 |
| 9 | Attorneys for Defendant |
| | LINCOLN GENERAL INSURANCE COMPANY, |
| 10 | a Pennsylvania corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON IMHOFF dba BBI CONSTRUCTION,

Plaintiff,

v.

LINCOLN GENERAL INSURANCE COMPANY, AMERICAN CLAIMS MANAGEMENT, INC. dba AMERICAN COMMERCIAL MANAGEMENT, and DOES 1 through 100, inclusive,

Defendants.

No. C-08-02127 MEJ

**PROOF OF SERVICE OF DEFENDANT LINCOLN GENERAL INSURANCE COMPANY'S NOTICE OF SUBSTITUTION OF COUNSEL**

//
//
//
//
//

| | |
|---|---|
| Re: | Brandon Imhoff dba BBI Construction v. Lincoln General Ins. Co., et al. |
| Court: | United State District Court, Northern District of California |
| Action No: | C-08-02127 MEJ |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On July 2, 2008, I served the following document(s) in the following manner(s):

**PROOF OF SERVICE OF DEFENDANT LINCOLN GENERAL INSURANCE COMPANY'S NOTICE OF SUBSTITUTION OF COUNSEL**

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below:

☐ **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was 8.

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

| | |
|---|---|
| J. Michael Murphy, Esq.<br>MURPHY, LOGAN, BARDWELL & LOOMIS<br>2350 First Street<br>Napa, CA 94559<br>Telephone:   (707) 257-8100<br>Facsimile:    (707) 257-6479 | Counsel for Plaintiff<br>BRANDON IMHOFF dba<br>BBI CONSTRUCTION |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 2, 2008.

*Linda Andrew-Marshall* (signature)
Linda Andrew-Marshall

Clark J. Burnham, CASB No. 041792
Email: cburnham@burnhambrown.com
Elizabeth C. Kim, CASB No. 225550
Email: ekim@burnhambrown.com
Alison F. Greene, State Bar No. 148309
Email: agreene@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Defendant
LINCOLN GENERAL INSURANCE COMPANY,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON IMHOFF dba BBI CONSTRUCTION,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY, AMERICAN CLAIMS MANAGEMENT, INC. dba AMERICAN COMMERCIAL MANAGEMENT, et al.,<br><br>Defendants. | No. C-08-02127 MEJ<br><br>**DEFENDANT LINCOLN GENERAL INSURANCE COMPANY'S NOTICE OF SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES TO THE WITHIN ACTION AND TO THEIR RESPECTIVE COUNSEL:

PLEASE TAKE NOTICE that Defendant LINCOLN GENERAL INSURANCE COMPANY hereby substitutes attorney Alison F. Greene of the Law Firm of Burnham Brown in the place of attorney Steven J. Kahn, who is no longer with the firm. All notices should be sent to Alison F. Greene via email at agreene@burnhambrown.com.

Dated: July 2, 2008

BURNHAM BROWN

By /s/ Alison F. Greene
ALISON F. GREENE
Attorneys for Defendant LINCOLN
GENERAL INSURANCE COMPANY

872040

1

DEF LINCOLN GENERAL INSURANCE COMPANY'S NOTICE
OF SUBSTITUTION OF COUNSEL

No. C-08-02127 MEJ