1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**Northern District of California**

10  Imhoff,                                           08-02127 MEJ

11                    Plaintiff(s),       **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**

12       v.

13  Lincoln General Insurance Company,

14                    Defendant(s).

15

16      The parties have failed to file an ADR Certification and either a Stipulation and

17  [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18  Conference as required by the Initial Case Management Scheduling Order.  Counsel

19  shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20  matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21  an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22  **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23  ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24  at www.adr.cand.uscourts.gov.)

25

26      Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-02127 MEJ                              -1-

United States District Court
Northern District of California

United States District Court
Northern District of California

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur before the Case Management Conference.

6

7

8  Dated: July 16, 2008

9                                              RICHARD W. WIEKING
                                               Clerk
10                                             by:    Lisa Salvetti

11

12                                             ADR Administrative Assistant
                                               415-522-2032
13                                             lisa_salvetti@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
08-02127 MEJ                              -2-

**PROOF OF SERVICE**

Case Name:        Imhoff v. Lincoln General Insurance Company

Case Number:    08-02127 MEJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> John Michael Murphy
> Murphy Logan et al
> 2350 First Street
> P.O. Box 5540
> Napa, CA 94581-0508
>
> Elizabeth Curie Kim
> Burnham Brown
> 1901 Harrison Street
> 11th Floor
> Oakland, CA 94612
> lkim@burnhambrown.com
>
> Clark J. Burnham
> Burnham Brown
> P.O. Box 119
> Oakland, CA 94604
> cburnham@burnhambrown.com
>
> Alison F. Greene
> BURNHAM BROWN

1901 Harrison Street, 11th Floor
Oakland, CA 94612
agreene@burnhambrown.com

Steven Joseph Kahn
Burnham Brown
1901 Harrison Street
11th Floor
Oakland, CA 94612
skahn@burnhambrown.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 16, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov