UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

███████████████
                Plaintiff(s),

v.

███████████████
                Defendant(s).

CASE NO. 08-02127 MEJ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

[x] have not yet reached an agreement to an ADR process
[ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  July 31, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
|      |                    |           |                |
|      |                    |           |                |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 7/21/08

Attorney for Plaintiff

Dated: 7/21/08

Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."