Clark J. Burnham, SBN 041792
cburnham@burnhambrown.com
Elizabeth C. Kim, SBN 225550
ekim@burnhambrown.com
Alison F. Greene, SBN 148309
agreene@burnhambrown.com
BURNHAM BROWN
P. O. Box 119
Oakland, CA 94604-0119
Telephone: 510-444-6800
Facsimile: 510-835-6666

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON IMHOFF dba BBI CONSTRUCTION,<br><br>    Plaintiff(s),<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY, et al.,   Defendant(s). | No. C 08-02127 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 22, 2008

Signature: _[signed]_
Alison F. Greene
Counsel for Def. LINCOLN GENERAL INS. CO.
(Plaintiff, Defendant, or indicate "pro se")