Clark J. Burnham, CASB No. 041792
Email: cburnham@burnhambrown.com
Elizabeth C. Kim, CASB No. 225550
Email: ekim@burnhambrown.com
Alison F. Greene, State Bar No. 148309
Email: agreene@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:  (510) 444-6800
Facsimile:  (510) 835-6666

Attorneys for Defendant
LINCOLN GENERAL INSURANCE COMPANY,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON IMHOFF dba BBI CONSTRUCTION,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY, AMERICAN CLAIMS MANAGEMENT, INC. dba AMERICAN COMMERCIAL MANAGEMENT, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C-08-02127 MEJ<br><br>**PROOF OF SERVICE OF DEFENDANT LINCOLN GENERAL INSURANCE COMPANY'S NOTICE OF NEED FOR ADR PHONE CONFERENCE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE; AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

//
//
//
//
//

Re: Brandon Imhoff dba BBI Construction v. Lincoln General Ins. Co., et al.
Court: United State District Court, Northern District of California
Action No: C-08-02127 MEJ

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On July 22, 2008, I served the following document(s) in the following manner(s):

**PROOF OF SERVICE OF DEFENDANT LINCOLN GENERAL INSURANCE COMPANY'S NOTICE OF NEED FOR ADR PHONE CONFERENCE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE; AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below:

☐ **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was 8.

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

J. Michael Murphy, Esq.          Counsel for Plaintiff
MURPHY, LOGAN, BARDWELL & LOOMIS   BRANDON IMHOFF dba
2350 First Street                 BBI CONSTRUCTION
Napa, CA 94559
   Telephone:  (707) 257-8100
   Facsimile:  (707) 257-6479

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 22, 2008.

*/s/ Linda Andrew-Marshall*
Linda Andrew-Marshall

PROOF OF SERVICE                2                No. C-08-02127 MEJ