IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON IMHOFF dba BBI CONSTRUCTION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LINCOLN GENERAL INSURANCE COMPANY,<br><br>　　　　Defendants._____ / | No. C 08-2127 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT** |

　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

　__x__　(1) One or more of the parties has requested reassignment to a United States District Judge, or

　_____　(2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

　_____　(3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

　　　All previous hearing dates are hereby **VACATED.**

Dated: July 29, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　United States Magistrate Judge


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　By: Brenda Tolbert, Deputy Clerk