Clark J. Burnham, State Bar No. 041792
Email: cburnham@burnhambrown.com
Alison F. Greene, State Bar No. 148309
Email: agreene@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Defendant
LINCOLN GENERAL INSURANCE COMPANY,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON IMHOFF dba BBI CONSTRUCTION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY, AMERICAN CLAIMS MANAGEMENT, INC. dba AMERICAN COMMERCIAL MANAGEMENT, et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTION | No. C-08-02127 PJH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Date:　　October 30, 2008<br>Time:　　2:30 p.m.<br>Ctrm.　　3 |

　　　　Plaintiff BRANDON IMHOFF dba BBI CONSTRUCTION ("Plaintiff") and Defendant LINCOLN GENERAL INSURANCE COMPANY ("Defendant"), by and through their counsel of record, hereby stipulate that:

　　　　1.　　On or about September 18, 2008, Plaintiff and Defendant negotiated a full and final settlement of all claims between them;

　　　　2.　　On or about October 28, 2008, Plaintiff entered into a fully executed Settlement Agreement and Release memorializing the settlement; and

　　　　3.　　In accordance with Rule 41(a)(1) and (2), Plaintiff and Defendant respectfully

request that the court dismiss Plaintiff''complaint with prejudice pursuant to the terms of the agreement between them.

IT IS SO STIPULATED.

Dated: October 29, 2008                          BURNHAM BROWN

                                                 By   /s/ Alison F. Greene    10/29/2008
                                                    ALISON F. GREENE, (SBN 258409
                                                    Attorneys for Defendant LINCOLN
                                                    GENERAL INSURANCE COMPANY

Dated: October 29, 2008                          MURPHY, LOGAN, BARDWELL & LOOMIS

                                                 By   /s/ Paul Loomis    10/28/2008
                                                    PAUL LOOMIS (SBN 111754)
                                                    Attorneys for Plaintiff
                                                    BRANDON IMHOFF dba BBI
                                                    CONSTRUCTION

## ORDER

In accordance with Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, Plaintiffs' Complaint filed herein is hereby dismissed with prejudice.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  10/30/08

                                                 _____
                                                 JUDGE PHYLLIS J. HAMILTON

895711

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)